IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00579-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

CHRISTOPHER GARCIA #92235,

      Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF CORRECTIONS PERSONEL [sic]
      DEPARTMENT,
CDOC OFFICE OF THE INSPECTOR JOHN DOE AND JANE DOE1-3,
GENERAL JAMES WELTON,
CORRECTIONAL OFFICER BRIGGS,
OFFICE OF THE COLORADO STATE ATTORNEY GENERAL, JOHN SUTHERS, and
UNITED STATES ATTORNEY GENERAL - ERIC HOLDER,
      All Named Defendants in Their Individual and Official Capacities,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order. Plaintiff will be directed to cure the following if he

wishes to pursue his claims. Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   __    is not submitted
(2)   __    is missing affidavit

(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   ___   is missing certificate showing current balance in prison account

(5)   ___   is missing required financial information

(6)   xx   is missing an original signature by the prisoner

(7)   ___   is not on proper form (must use the court's current form)

(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(9)   ___   An original and a copy have not been received by the court. Only an original has been received.

(10)   xx   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**

(11)   xx   is not submitted

(12)   ___   is not on proper form (must use the court's current form)

(13)   ___   is missing an original signature by the prisoner

(14)   ___   is missing page nos. ___

(15)   ___   uses et al. instead of listing all parties in caption

(16)   ___   An original and a copy have not been received by the court. Only an original has been received.

(17)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   ___   names in caption do not match names in text

(19)   ___   other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 15, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00579-BNB

Christopher Garcia
Prisoner No.  92235
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and of the Prisoner Complaint forms** to the above-named individuals on March 15, 2011.

GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk